```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 07353
    DERICK J LEJA
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-5598


------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 06/22/2006 and was confirmed 09/27/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 12/05/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------
ADVOCATE CHRIST HOSPITAL   UNSECURED       NOT FILED           .00            .00
ALL STATE INSURANCE        UNSECURED       NOT FILED           .00            .00
ARMOR SYSTEMS CORP         UNSECURED       NOT FILED           .00            .00
CAPITAL ONE BANK           UNSECURED         1931.20           .00            .00
DELL FINANCIAL SERVICES    UNSECURED       NOT FILED           .00            .00
PREMIER BANCARD CHARTER    UNSECURED          417.63           .00            .00
MED BUS/ OAK LAWN RADIOL   UNSECURED       NOT FILED           .00            .00
MERCHANTS CREDIT GUIDE C   UNSECURED       NOT FILED           .00            .00
NW COLLECTOR               UNSECURED       NOT FILED           .00            .00
NW COLLECTOR               UNSECURED       NOT FILED           .00            .00
NW COLLECTOR               UNSECURED       NOT FILED           .00            .00
NW COLLECTOR               UNSECURED       NOT FILED           .00            .00
NW COLLECTOR               UNSECURED       NOT FILED           .00            .00
PROFESSIONAL ACCOUNT MGM   UNSECURED       NOT FILED           .00            .00
ROBERT G MICHAELS & ASSO   UNSECURED       NOT FILED           .00            .00
STATE FARM INSURANCE       UNSECURED       NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,425.25                      1,129.10
TOM VAUGHN                 TRUSTEE                                           70.90
DEBTOR REFUND              REFUND                                              .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              1,200.00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                            1,129.10
TRUSTEE COMPENSATION                         70.90
DEBTOR REFUND                                  .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 07353 DERICK J LEJA
```

```
                                    ---------------      ---------------
TOTALS                                     1,200.00             1,200.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/26/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 06 B 07353 DERICK J LEJA
```